IN RE RESIGNATION OF BROCKMEIER.

[Cite as In re Resignation of Brockmeier (1990), 51 Ohio St. 3d 603.]

(No. 90-745—Submitted May 8, 1990—Decided May 16, 1990.)

The resignation of Frederick Brockmeier IV as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

THE STATE OF OHIO, APPELLANT, *v.* GIOVANETTI, APPELLEE.

[Cite as State *v.* Giovanetti (1990), 51 Ohio St. 3d 603.]

(No. 89-802—Submitted April 10, 1990—Decided May 23, 1990.)

*James A. Philomena,* prosecuting attorney, and *Kathi McNabb Welsh,* for appellant.

*Guarnieri & Secrest* and *Anthony G. Rossi,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.